**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MICHAEL CHRISTIANSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:06-cv-791-DFH-JMS |
| ) | |
| DAVID WALKER, Chaplain, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff has filed a motion requesting leave to serve more than 25 written interrogatories on defendant David Walker (Dkt. 118). The defendant objects to this request stating that many of the proposed 39 interrogatories are not relevant to the plaintiff's claims. The plaintiff's request is **denied.** Based on the limited scope of this lawsuit, twenty-five (25) interrogatories should be sufficient to gather the necessary information from this defendant. Within the discovery deadline (outlined in paragraph 2 of this entry) the plaintiff may revise and resubmit his interrogatories in accordance with this order and Federal Rule of Civil Procedure 33.

2. The plaintiff's motion for extension of time to complete written discovery and depositions and to file any dispositive motion is **granted in part and denied in part** (Dkt. 120). The plaintiff states that he needs an extension through June 2008 because he is in the process of acquiring a book on depositions. To the extent that the plaintiff requires guidance on depositions he is notified that Federal Rules of Civil Procedure 30 through 32 relate to depositions. The plaintiff's motion for extension of time is **granted** to the extent that the deadline to serve discovery shall be extended **through February 5, 2008**, and the deadline to respond to such requests shall be extended **through March 7, 2008**, in order to allow the parties the time necessary to complete written discovery and discovery depositions.

3. The plaintiff's request that interrogatories to non-parties be submitted in toto to defendant's counsel is **granted in part and denied in part.** Dkt. 122.

   a. Defendant's counsel is directed to deliver plaintiff's letter with attachments to Officer Donna Jones (Dkt. 122, Part 2) and to Joe Greenwell or his DOC counselor (Dkt. 122, Part 3). Defendant's counsel shall notify Officer Jones and Mr. Greenwell that their responses are to be returned to defendant's counsel.

   b. The plaintiff's letter to David Shirley is incomplete because it states that the plaintiff is requesting information but does not include questions or any indication of what information the plaintiff is requesting from Mr. Shirley (Dkt. 122, Part 4). Similarly, the letter to Mark Crenshaw is incomplete because it states that a declaration of authentication is enclosed when it is not. (Dkt. 122, Part 5). These letters shall not be delivered until they are properly supplemented with the omitted request for information or declaration of authenticity.

   c. The plaintiff's request that counsel not be permitted to read the interrogatories is **denied.** Contrary to the plaintiff's assertion these discovery requests are not protected by the work product privilege.

4. The plaintiff's motion requesting copies of non-party defendants' summary judgment motion with attached exhibits in cause number 1:04-cv-1374-DFH-VSS is **denied** (Dkt. 123). The clerk is directed to mail a copy of the docket sheet in cause number 1:04-cv-1374-DFH-VSS to the plaintiff so that he may properly identify which motion for summary judgment he seeks to obtain. In addition, the clerk is directed to mail a copy of this court's copy request form. The plaintiff may resubmit his request on the proper form indicating the docket numbers he requests a copy of if he chooses to do so.

So ordered.

_David F. Hamilton_
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 1/11/2008

Distribution:

David A. Arthur
INDIANA STATE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Eric James Beaver
INDIANA STATE ATTORNEY GENERAL
eric.beaver@atg.in.gov

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Lynn A. Toops
DREWRY SIMMONS VORNEHM, LLP
ltoops@drewrysimmons.com

Michael Christianson
DOC #135489
Plainfield Correctional Facility
727 Moon Road - C2-O8U
Plainfield, IN 46168